IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

VALERIE L. LACKEY ANDERSON                                                                    PLAINTIFF

v.                                            Case No. 3:10-CV-03084

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                DEFENDANT

**O R D E R**

Before the Court is the Report and Recommendation filed on March 23, 2012 by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas (Doc. 15). Judge Marschewski recommends that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA") (Doc. 12) be **GRANTED**. Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

Accordingly, this Court finds that Plaintiff is entitled to compensation under the EAJA in the amount of $1,936.60. This award represents 7.30 hours of attorney time at an hourly rate of $155.00, 9.55 hours of paralegal time at an hourly rate of $75.00, and $88.85 in costs and expenses.

The parties are reminded that the award herein under the EAJA will be taken into account at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406 in order to prevent double recovery by counsel for Plaintiff.

IT IS SO ORDERED this 19th day of April, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE